[35 NE3d 480, 14 NYS3d 312]

AMALGAMATED BANK, Respondent, v HELMSLEY-SPEAR, INC., Defendant, and SCHNEIDER & SCHNEIDER, INC., et al., Intervenors-Appellants.

Argued June 1, 2015; decided June 25, 2015

**APPEARANCES OF COUNSEL**

*Herrick, Feinstein LLP*, New York City (*Christopher J. Sullivan, William R. Fried* and *Marisa A. Leto* of counsel), for intervenors-appellants.

*Emmet, Marvin & Martin, LLP*, New York City (*Tyler J. Kandel* and *Mordecai Geisler* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division, insofar as appealed from, should be affirmed, with costs.

The intervenors lacked standing to bring a motion to vacate the default judgment. "To seek relief from a judgment or order, all that is necessary is that some legitimate interest of the moving party will be served and that judicial assistance will avoid injustice" (*Oppenheimer v Westcott*, 47 NY2d 595, 602 [1979] [internal quotation marks and citation omitted]). Here, however, the intervenors did not meet the second prong of that test because they failed to identify any facts that give rise to a claim that injustice of any kind would be avoided by vacating the judgment (*cf. Bond v Giebel*, 101 AD3d 1340, 1342-1343 [3d Dept 2012], *appeal dismissed, lv dismissed* 21 NY3d 884 [2013]; *Lane v Lane*, 175 AD2d 103, 105-106 [2d Dept 1991]).

Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY concur.

Order, insofar as appealed from, affirmed, with costs, in a memorandum.